



**The following constitutes the ruling of the court and has the force and effect therein described.**

*Harlin DeWayne Hale*

**Signed May 18, 2010**

**United States Bankruptcy Judge**

---

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FWY, SUITE 1100
IRVING, TEXAS 75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 05-35495 |
| | ) | |
| VAN A KENDALL | ) | JUDGE HARLIN D. HALE |
| 712 ATTERBERRY LANE | ) | |
| | ) | CHAPTER 13 |
| LANCASTER TX        75146 | ) | |
| | ) | |
| | ) | DATE: May 17, 2010 |

**ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN**

   The court finds that the debtor filed a petition under Title 11, United States Code, on May 13, 2005, that the debtor's plan has been confirmed, and that the debtor has fulfilled all requirements under the plan.

**IT IS ORDERED THAT**

1. Pursuant to 11 U.S.C. Section 1322(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 102, except any debt:

   a. provided for under 11 U.S.C. Section 1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due;

   b. in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. Section 523(a)(5);

    c. for a student loan or educational benefit overpayment as specified in 11 U.S.C. Section
       523(a)(8);

    d. for a death or personal injury caused by debtor's unlawful operation of a motor vehicle
       while intoxicated from using alcohol, a drug, or other substance, as specified in 11
       U.S.C. Section 523(a)(9), in case commenced on or after November 15, 1990; or

    e. for restitution included in a sentence on the debtor's conviction of a crime, in case
       filed on or after November 15, 1990.

    f. for a fine included in a sentence on the debtor's(s') conviction of a crime, in a
       case commenced on or after October 22, 1994.

2. Pursuant to 11 U.S.C. Section 1328(d), the debtor is not discharged from any debt based
   on an allowed claim filed under 11 U.S.C. Section 1305(a)(2) if prior approval by the
   Trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of Title 11, United States Code, the debtor is not
   discharged from any debt made non-dischargeable by 18 U.S.C. Section 3613(f), by certain
   provisions of Titles 10, 37, 38, 42 and 50 of the United States Code, or by any other
   applicable provision of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged
   in this case.

### End of Order ###

Approved:/s/Thomas D. Powers
          Trustee